FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2013 JUL 12 PM 12:02

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| DONALD BRYANT,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER WILLIE J. TYLER,<br>DISTRICT ATTORNEY LARRY<br>CHISHOLM, PUBLIC DEFENDER<br>JACQULINE CARVANA, and PUBLIC<br>DEFENDER TODD MARTIN,<br><br>    Defendants. | CASE NO. CV413-056 |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which objections have been filed (Doc. 10). After a careful de novo review of the record, the Court finds Plaintiff's objections to be without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 12th day of July 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA